UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JOSE LUIS NIETO TORRES,<br><br> Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br> Respondents. | No. 1:25-CV-197-H |

### ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

 Before the Court is the petitioner's Petition for Writ of Habeas Corpus. Dkt. No. 1. The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than October 29, 2025. The petitioner may file a reply to the respondents' answer by no later than November 12, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

 In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on October 10, 2025, a notice addressing what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside of the Northern District of Texas.

 Service of this Order, as well as the petition (Dkt. No. 1), shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 9:00 a.m. CT on October 10, 2025, which shall constitute good and sufficient service on the respondents.

– 2 –

So ordered on October 9, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE